**RECEIVED**

NOV 13 2013

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  13-CV-2839 JNE/FLN

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    WORLDWIDE RECOVERY SPECIALISTS INC

was received by me on *(date)*    October 30th, 2013    .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I Served Defendant...  WORLDWIDE RECOVERY SPECIALISTS INC
      By USPS Certified Return Receipt On October 30th,2013

My fees are $   8.00    for travel and $  6.00    for services, for a total of $   14.00   .

I declare under penalty of perjury that this information is true.

Date:  *11-12-2013*

_____
Server's signature

*TERRENCE K. MONTGOMERY*
Printed name and title

*16324 77th St. W. S. Lakeland MN*
Server's address

Additional information regarding attempted service, etc:

SCANNED

NOV 14 2013

U.S. DISTRICT COURT ST. PAUL

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | | |
|---|---|---|
| Dale Montgomery | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.   13-CV-2839 JNE/FLN |
| Pinnacle Credit Services, Worldwide Recovery, Stephens & Michaels Associates Inc., Royal Credit Union, Equable Ascent Financial, Verifacts Inc., Calvary Portfolio Svcs., et al. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Dale Montgomery
12131 Paris Ave N
Stillwater, MN 55082

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   RICHARD D. SLETTEN

Date:     10/15/2013

_Signature of Clerk or Deputy Clerk_

**UNITED STATES**
**POSTAL SERVICE.**

Date: November 12, 2013

Angie Montgomery:

The following is in response to your November 12, 2013 request for delivery information on your Certified Mail™ item number 70122920000130860829.  The delivery record shows that this item was delivered on October 31, 2013 at 12:15 pm in SAINT PAUL, MN 55108. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

RECEIVED

NOV 13 2013

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  13-CV-2839 JNE/FLN

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     STEPHENS & MICHAELS ASSOCIATES INC

was received by me on *(date)*     October 16th, 2013     .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I Served Defendant... STEPHENS & MICHAELS ASSOCIATES INC
       By USPS Certified Return Receipt On October 16th,2013

My fees are $   8.00   for travel and $  6.00   for services, for a total of $   14.00   .

I declare under penalty of perjury that this information is true.

Date: *11-12-2013*

_____
*Server's signature*

TERRENCE K. MONTGOMERY
*Printed name and title*

16324 77th St. Lan S. Lakeland MN
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | |
|---|---|
| Dale Montgomery<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Pinnacle Credit Services, Worldwide Recovery,<br>Stephens & Michaels Associates Inc., Royal Credit<br>Union, Equable Ascent Financial, Verifacts Inc.,<br>Calvary Portfolio Svcs., et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  13-CV-2839 JNE/FLN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Dale Montgomery
12131 Paris Ave N
Stillwater, MN 55082

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    RICHARD D. SLETTEN

_____
*Signature of Clerk or Deputy Clerk*

Date:    10/15/2013

**UNITED STATES**
**POSTAL SERVICE**

Date: October 22, 2013

Angie Montgomery:

The following is in response to your October 22, 2013 request for delivery information on your Certified Mail™ item number 70112970000228668326.  The delivery record shows that this item was delivered on October 21, 2013 at 12:09 pm in SALEM, NH 03079. The scanned image of the recipient information is provided below.

Signature of Recipient :

STEPHENS & MICHAELS ASSOC

Address of Recipient :

7 s[...]

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   13-CV-2839 JNE/FLN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ROYAL CREDIT UNION

was received by me on *(date)*   October 16th, 2013   .

□ I personally served the summons on the individual at *(place)*

_____   on *(date)*   _____   ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)*   _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)*   _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*   _____

_____   on *(date)*   _____   ; or

□ I returned the summons unexecuted because   _____   ; or

☒ Other *(specify):* I Served Defendant...   ROYAL CREDIT UNION
            By USPS Certified Return Receipt On October 16th,2013

My fees are $   8.00   for travel and $  6.00   for services, for a total of $   14.00   .

I declare under penalty of perjury that this information is true.

Date:  *11-12-2013*

                     *Terence K. Montgomery*
                              *Server's signature*

                     *TERENCE R. MONTGOMERY*
                              *Printed name and title*

                     *16324 7th St Lw S. Lakeland MN*
                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | |
|---|---|
| Dale Montgomery | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  13-CV-2839 JNE/FLN |
| Pinnacle Credit Services, Worldwide Recovery, Stephens & Michaels Associates Inc., Royal Credit Union, Equable Ascent Financial, Verifacts Inc., Calvary Portfolio Svcs., et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Dale Montgomery
12131 Paris Ave N
Stillwater, MN 55082

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    RICHARD D. SLETTEN

Date:    10/15/2013

*Signature of Clerk or Deputy Clerk*

**UNITED STATES**
**POSTAL SERVICE**₀

Date: October 22, 2013

Angie Montgomery:

The following is in response to your October 22, 2013 request for delivery information on
your Certified Mail™ item number 70112970000228668265.  The delivery record shows
that this item was delivered on October 17, 2013 at 1:10 pm in EAU CLAIRE, WI 54703.
The scanned image of the recipient information is provided below.

Signature of Recipient :

*Lindsey Brantner* (signature)

*Lindsey Brantner*

*ROYAL CREDIT UNION*

Address of Recipient :

*200 Riverfront Terrace*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal
representative.

Sincerely,
United States Postal Service

**RECEIVED**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

NOV 1 3 2013

Civil Action No.  13-CV-2839 JNE/FLN

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   EQUABLE ASCENT FINANCIAL LLC

was received by me on *(date)*     October 16th,  2013     .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I Served Defendant...  EQUABLE ASCENT FINANCIAL LLC
          By USPS Certified Return Receipt On October 16th,2013

My fees are $   8.00   for travel and $  6.00   for services, for a total of $   14.00   .

I declare under penalty of perjury that this information is true.

Date:  *11-12-2013*

*Terrence K. Montgomery*
Server's signature

*TERRENCE K. MONTGOMERY*
Printed name and title

*16324 77th St. Lu. S. Lakeland MN*
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | |
|---|---|
| Dale Montgomery | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  13-CV-2839 JNE/FLN |
| Pinnacle Credit Services, Worldwide Recovery, Stephens & Michaels Associates Inc., Royal Credit Union, Equable Ascent Financial, Verifacts Inc., Calvary Portfolio Svcs., et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Dale Montgomery
12131 Paris Ave N
Stillwater, MN 55082

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    RICHARD D. SLETTEN

_Signature of Clerk or Deputy Clerk_

Date:      10/15/2013

**UNITED STATES**
**POSTAL SERVICE.**

Date: October 22, 2013

Angie Montgomery:

The following is in response to your October 22, 2013 request for delivery information on your Certified Mail™ item number 70112970000228668289.  The delivery record shows that this item was delivered on October 18, 2013 at 9:04 am in BUFFALO GROVE, IL 60089. The scanned image of the recipient information is provided below.

Signature of Recipient :

Equable Ascent Financial

Address of Recipient :

1120 W LAKE COOK

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  13-CV-2839 JNE/FLN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    VERIFACTS INC

was received by me on *(date)*    October 16th, 2013    .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I Served Defendant... VERIFACTS INC
By USPS Certified Return Receipt On October 16th,2013

My fees are $   8.00    for travel and $  6.00    for services, for a total of $   14.00    .

I declare under penalty of perjury that this information is true.

Date:  *11-12-2013*

_____
Server's signature

TERRENCE K. Montgomery
Printed name and title

16324  7th St Ln S Oakdale MN
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | |
|---|---|
| Dale Montgomery | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Pinnacle Credit Services, Worldwide Recovery, | ) |
| Stephens & Michaels Associates Inc., Royal Credit | ) |
| Union, Equable Ascent Financial, Verifacts Inc., | ) |
| Calvary Portfolio Svcs., et al. | ) |
| _Defendant(s)_ | ) |

Civil Action No.  13-CV-2839 JNE/FLN

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Dale Montgomery
12131 Paris Ave N
Stillwater, MN 55082

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RICHARD D. SLETTEN

Date:  ___10/15/2013___

_Signature of Clerk or Deputy Clerk_

**UNITED STATES**
**POSTAL SERVICE**

Date: October 22, 2013

Angie Montgomery:

The following is in response to your October 22, 2013 request for delivery information on your Certified Mail™ item number 70112970000228668272.  The delivery record shows that this item was delivered on October 21, 2013 at 12:48 pm in STERLING, IL 61081. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**RECEIVED**

**NOV 13 2013**

Civil Action No. 13-CV-2839 JNE/FLN

**CLERK, U.S. DISTRICT COURT**
**ST. PAUL, MINNESOTA**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   DYNAMIC RECOVERY SERVICES

was received by me on *(date)*   October 16th, 2013   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I Served Defendant... DYNAMIC RECOVERY SERVICES
     By USPS Certified Return Receipt On October 16th,2013

My fees are $   8.00   for travel and $  6.00   for services, for a total of $   14.00   .

I declare under penalty of perjury that this information is true.

Date: *11-12-2013*

_____
Server's signature

TERRENCE K. Montgomery
Printed name and title

16324 77th St. Ln. S. Lakeland MN
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| Dale Montgomery | ) ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Pinnacle Credit Services, Worldwide Recovery, Stephens & Michaels Associates Inc., Royal Credit Union, Equable Ascent Financial, Verifacts Inc., Calvary Portfolio Svcs., et al. | ) ) ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  13-CV-2839 JNE/FLN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dale Montgomery
12131 Paris Ave N
Stillwater, MN 55082

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RICHARD D. SLETTEN

Date:    10/15/2013

*Signature of Clerk or Deputy Clerk*

**UNITED STATES**
**POSTAL SERVICE**

Date: October 22, 2013

Angie Montgomery:

The following is in response to your October 22, 2013 request for delivery information on your Certified Mail™ item number 70112970000228668333.  The delivery record shows that this item was delivered on October 21, 2013 at 12:06 pm in DALLAS, TX 75244. The scanned image of the recipient information is provided below.

Signature of Recipient :



Delivery Section

*Loretta Chambers*

*Dynamic Recovery Services*

Address of Recipient :

*4101 McEwen #150*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  13-CV-2839 JNE/FLN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    NCO FINANCIAL SYSTEM, INC

was received by me on *(date)*    October 16th,  2013    .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I Served Defendant...  NCO FINANCIAL SYSTEM, INC
   By USPS Certified Return Receipt On October 16th,2013


My fees are $   8.00   for travel and $  6.00   for services, for a total of $   14.00   .


I declare under penalty of perjury that this information is true.


Date: *11-12-2013*

_____
Server's signature

TERRENCE K. Montgomery
Printed name and title

16324 77th St. Ln S. Lakeland, MN
Server's address


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

| | |
|---|---|
| Dale Montgomery | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )     Civil Action No.  13-CV-2839 JNE/FLN |
| | ) |
| Pinnacle Credit Services, Worldwide Recovery, | ) |
| Stephens & Michaels Associates Inc., Royal Credit | ) |
| Union, Equable Ascent Financial, Verifacts Inc., | ) |
| Calvary Portfolio Svcs., et al. | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:     Dale Montgomery
                                12131 Paris Ave N
                                Stillwater, MN 55082

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

                                              CLERK OF COURT   RICHARD D. SLETTEN

Date:     10/15/2013
                                                    _Signature of Clerk or Deputy Clerk_

**UNITED STATES**
**POSTAL SERVICE**

Date: October 22, 2013

Angie Montgomery:

The following is in response to your October 22, 2013 request for delivery information on your Certified Mail™ item number 70112970000228668364.  The delivery record shows that this item was delivered on October 21, 2013 at 9:24 am in HORSHAM, PA 19044. The scanned image of the recipient information is provided below.

Signature of Recipient :

*John Wost*

*Nco Financial Systems*

Address of Recipient :

*507*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   13-CV-2839 JNE/FLN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   LAW OFFICE OF JOEL CARDIS, LLC

was received by me on *(date)*   October 16th, 2013   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I Served Defendant... LAW OFFICE OF JOEL CARDIS, LLC
              By USPS Certified Return Receipt On October 16th,2013

My fees are $   8.00   for travel and $   6.00   for services, for a total of $   14.00   .

I declare under penalty of perjury that this information is true.

Date: *11 - 12 - 2013*

_____
*Server's signature*

TERENCE K. Montgomery
*Printed name and title*

16324 7TH ST. W. S. Lakeland, MN
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | | |
|---|---|---|
| Dale Montgomery | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  13-CV-2839 JNE/FLN |
| v. | ) | |
| Pinnacle Credit Services, Worldwide Recovery, | ) | |
| Stephens & Michaels Associates Inc., Royal Credit | ) | |
| Union, Equable Ascent Financial, Verifacts Inc., | ) | |
| Calvary Portfolio Svcs., et al. | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Dale Montgomery
                                              12131 Paris Ave N
                                              Stillwater, MN 55082

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   RICHARD D. SLETTEN

Date:      10/15/2013      _____

*Signature of Clerk or Deputy Clerk*

**UNITED STATES**
**POSTAL SERVICE**

Date: October 22, 2013

Angie Montgomery:

The following is in response to your October 22, 2013 request for delivery information on
your Certified Mail™ item number 70112970000228668319.  The delivery record shows
that this item was delivered on October 18, 2013 at 10:52 am in NORRISTOWN, PA
19401. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal
representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   13-CV-2839 JNE/FLN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     NORTH SHORE AGENCY, INC

was received by me on *(date)*     October 16th, 2013     .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I Served Defendant... NORTH SHORE AGENCY, INC
By USPS Certified Return Receipt On October 16th,2013

My fees are $  8.00  for travel and $  6.00  for services, for a total of $  14.00  .

I declare under penalty of perjury that this information is true.

Date: *11-12-2013*

_____
Server's signature

TERRENCE & MONTGOMERY
Printed name and title

16320 776 St. Lw. S. Lakeland, MN
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

| | |
|---|---|
| Dale Montgomery | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )   Civil Action No.  13-CV-2839 JNE/FLN |
| Pinnacle Credit Services, Worldwide Recovery, Stephens & Michaels Associates Inc., Royal Credit Union, Equable Ascent Financial, Verifacts Inc., Calvary Portfolio Svcs., et al. | ) ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Dale Montgomery
12131 Paris Ave N
Stillwater, MN 55082

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT     RICHARD D. SLETTEN

Date:    10/15/2013

_Signature of Clerk or Deputy Clerk_

**UNITED STATES**
**POSTAL SERVICE**.

Date: October 22, 2013

Angie Montgomery:

The following is in response to your October 22, 2013 request for delivery information on
your Certified Mail™ item number 70112970000228668302.  The delivery record shows
that this item was delivered on October 21, 2013 at 1:44 pm in MELVILLE, NY 11747.
The scanned image of the recipient information is provided below.

Signature of Recipient :

*[handwritten signature: Chris Kibble]*

*[handwritten: North Shore Agency]*

Address of Recipient :

*[handwritten address]*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal
representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 13-CV-2839 JNE/FLN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TRANSWORLD SYSTEMS INC.

was received by me on *(date)*   October 16th, 2013   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:  I Served Defendant... TRANSWORLD SYSTEMS INC.
            By USPS Certified Return Receipt On October 16th,2013

My fees are $   8.00   for travel and $  6.00   for services, for a total of $   14.00   .

I declare under penalty of perjury that this information is true.

Date: *11-12-2013*

_____
*Server's signature*

TERRENCE K. MONTGOMERY
*Printed name and title*

16324 77th St La E Hugo MN
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | |
|---|---|
| Dale Montgomery | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| Pinnacle Credit Services, Worldwide Recovery, | ) |
| Stephens & Michaels Associates Inc., Royal Credit | ) |
| Union, Equable Ascent Financial, Verifacts Inc., | ) |
| Calvary Portfolio Svcs., et al. | ) |
| _Defendant(s)_ | ) |

Civil Action No.  13-CV-2839 JNE/FLN

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Dale Montgomery
12131 Paris Ave N
Stillwater, MN 55082

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   RICHARD D. SLETTEN

_Signature of Clerk or Deputy Clerk_

Date:      10/15/2013

**UNITED STATES**
**POSTAL SERVICE**

Date: October 22, 2013

Angie Montgomery:

The following is in response to your October 22, 2013 request for delivery information on your Certified Mail™ item number 70112970000228668258.  The delivery record shows that this item was delivered on October 21, 2013 at 11:05 am in CLEVELAND, OH 44125. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Delivery Section*

X *Kymberley Womacott*
*Kim Womacott*
*Transworld Systems*

Address of Recipient :

*9525 S.V.*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  13-CV-2839 JNE/FLN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     PINNACLE CREDIT SERVICES

was received by me on *(date)*      October 16th, 2013      .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I Served Defendant...  PINNACLE CREDIT SERVICES
     By USPS Certified Return Receipt On October 16th,2013

My fees are $  8.00  for travel and $  6.00  for services, for a total of $  14.00  .

I declare under penalty of perjury that this information is true.

Date:  *11-12-2013*

_____
*Server's signature*

TERRENCE R. MONTGOMERY
*Printed name and title*

16324 7th St. Ln S Lakefield MN
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| Dale Montgomery ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | Civil Action No.  13-CV-2839 JNE/FLN |
| v. ) | |
| Pinnacle Credit Services, Worldwide Recovery, ) | |
| Stephens & Michaels Associates Inc., Royal Credit ) | |
| Union, Equable Ascent Financial, Verifacts Inc., ) | |
| Calvary Portfolio Svcs., et al. ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dale Montgomery
12131 Paris Ave N
Stillwater, MN 55082

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    RICHARD D. SLETTEN

Date:      10/15/2013      _____
*Signature of Clerk or Deputy Clerk*

**UNITED STATES**
**POSTAL SERVICE**

Date: October 22, 2013

Angie Montgomery:

The following is in response to your October 22, 2013 request for delivery information on your Certified Mail™ item number 70112970000228668357.  The delivery record shows that this item was delivered on October 18, 2013 at 10:18 am in MINNEAPOLIS, MN 55426. The scanned image of the recipient information is provided below.

Signature of Recipient :



PINNACLE CREDIT SERVICES

Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service