UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RECEIVED
NOV 20 2013
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

DALE MONTGOMERY

    Plaintiff                        Civil Action No. **0:13-cv-02839-JNE-FLN**

V.

Montgomery v. Pinnacle Credit Services et al

### ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on 10/15/2013

And that the summons and complaint were duly served upon the defendant **Dynamic Recovery Services** on 10/21/2013, answer due 11/12/2013.

And no answer or other pleading has been filed by said defendant as required

by law.

Therefore plaintiff Dale Montgomery request clerks default be entered against the defendant as **Dynamic Recovery Services** provided in Rule 55(a), Federal Rules of Civil Procedure.

Respectfully submitted,                                                    November 18, 2013

Dale R. Montgomery

7029 20th Ave

Centerville, MN 55038-9737

dsdbzm5@gmail.com

SCANNED
NOV 21 2013
U.S. DISTRICT COURT ST. PAUL