UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**RECEIVED**

NOV 20 2013

**CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA**

DALE MONTGOMERY

    Plaintiff

Civil Action No. **0:13-cv-02839-JNE-FLN**

    V.

Montgomery v. Pinnacle Credit Services et al

ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on 10/15/2013

And that the summons and complaint were duly served upon the defendant **Worldwide Recovery Specialists Inc. on** 10/31/2013, answer due 11/21/2013..

And no answer or other pleading has been filed by said defendant as required

by law.

Therefore plaintiff Dale Montgomery request clerks default be entered against the defendant as **Worldwide Recovery Specialists Inc.** provided in Rule 55(a), Federal Rules of Civil Procedure.

Respectfully submitted,

November 18, 2013

Dale R. Montgomery

7029 20th Ave

Centerville, MN 55038-9737

dsdbzm5@gmail.com

SCANNED

NOV 2.1 2013

U.S. DISTRICT COURT ST. PAUL