## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be mailed to all parties on the service list this 18th day of November, 2013.

Respectfully submitted,                                November 18, 2013

Dale R. Montgomery

7029 20th Ave

Centerville, MN 55038-9737

dsdbzm5@gmail.com

SCANNED
NOV 2 1 2013
U.S. DISTRICT COURT ST. PAUL

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing will be mailed to all parties on the service list this 18th day of November, 2013.

Respectfully submitted,                                             November 18, 2013

Dale R. Montgomery

7029 20th Ave

Centerville, MN 55038-9737

dsdbzm5@gmail.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing will be mailed to all parties on the service list this 18th day of November, 2013.

Respectfully submitted,                                                  November 18, 2013

Dale R. Montgomery

7029 20th Ave

Centerville, MN 55038-9737

dsdbzm5@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing will be mailed to all parties on the service list this 18th day of November, 2013.

Respectfully submitted,                                                                 November 18, 2013

Dale R. Montgomery

7029 20th Ave

Centerville, MN 55038-9737

dsdbzm5@gmail.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing will be mailed to all parties on the service list this 18th day of November, 2013.

Respectfully submitted,　　　　　　　　　　　　　　　　　　November 18, 2013

Dale R. Montgomery

7029 20th Ave

Centerville, MN 55038-9737

dsdbzm5@gmail.com