# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Dale Montgomery                               **CLERK'S ENTRY OF DEFAULT**

             Plaintiff(s)        Case Number:    13-CV-2839 JNE/FLN

v.

Pinnacle Credit Services, Worldwide Recovery, Stephens & Michaels Associates Inc., Royal Credit Union, Equable Ascent Financial, Verifacts Inc,Cavalry Portfolio Svcs,  Dynamic Recovery Services, NCO Financial System, Inc, Law Office of Joel Cardis, LLC,North Shore Agency, Inc, Transworld Systems Inc.,  Worldwide Recovery Specialists Inc.

             Defendant(s)

It appearing that defendant(s) Dynamic Recovery Services, Equable Ascent Financial, Pinnacle Credit Services &  Stephens & Michaels Associates Inc are  in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

     **DEFAULT IS HEREBY ENTERED** against Dynamic Recovery Services, Equable Ascent Financial, Pinnacle Credit Services &  Stephens & Michaels Associates Inc.

this 21st day of  November  2013.

                                       RICHARD D. SLETTEN, CLERK

                                       s/Lori Sampson

                           (By)     Lori Sampson          Deputy Clerk