13cv2839
JNE/FLN

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.:

RECEIVED
NOV 22 2013
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

DALE MONTGOMERY

Plaintiff,

V.

Pinnacle Credit Services et al

COMPLAINT

WITH JURY TRIAL

DEMAND

## MOTION FOR ENTRY OF DEFAULT JUDGEMENT

TO THE HONORABLE JUDGE OF THIS COURT.

The plaintiff Dale Montgomery, comes before this court with this Motion for Entry of Default Judgment against Stephens & Michaels Associates, and states as follows:

1. I am the Prose Plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter. Plaintiff has made all filings required by this court to bring a cause of action against the Defendant Stephens & Michaels Associates, for damages under the FCRA 15 USC 1681 et seg, ,Telephone Consumer Practices **ACT47 U.S.C. §227(b)(3)(A), FDCPA), 15 U.S.C. §1692, MFDCPA 332.33-355- 332.37**

2. Plaintiff has made proper service of the summons and complaint to the defendant as Stephens & Michaels Associates evidenced by the proof of mailing.

3. The time for the defendant to respond is past and there has been no response to the service of summons and complaint in this matter and defendant is therefore in default.

SCANNED
NOV 22 2013
U.S. DISTRICT COURT ST. PAUL

4. Plaintiff has made a request for Clerks entry of default judgment and it was granted on November 21, 2013.

**Wherefore,** the Plaintiff respectfully moves the court to enter an order of default judgment against the defendant, Stephens & Michaels Associates in the amount of $6000.00 for statutory damages as well as the cost to bring this action as stated in the annexed bill of cost and for which let execution issue.

Respectfully Submitted

Dale Montgomery

12131 Paris Ave N

Stillwater, MN 55082

November 21, 2013

*/s/ Dale M*

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.:

---

DALE MONTGOMERY

   Plaintiff,

V.

Pinnacle Credit Services et al

**COMPLAINT**

**WITH JURY TRIAL**

DEMAND

## STATEMENT OF COST INCURRED BY PLAINTIFF
### FOR Stephens & Michaels Associates

CLERKS FEE FOR FILING COMPLAINT     $400.00 Divided by 4 Defendants = $100.00

COST OSF SERVICE OF SUMMONS AND COMPLAINT     $ 14.00

TOTAL COST INCURRED     $114.00

Respectfully Submitted

Dale Montgomery

12131 Paris Ave N

Stillwater, MN 55082

*/s/ Dale Montgomery*