IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dale Montgomery,<br><br>        Plaintiff,<br><br>v.<br><br>Pinnacle Credit Services, LLC; Worldwide Recovery; Stephens & Michaels Associates Inc.; Royal Credit Union; Equable Ascent Financial; Verifacts Inc.; Cavalry Portfolio Svcs; Dynamic Recovery Services; NCO Financial System, Inc.; Law Office of Joel Cardis, LLC; North Shore Agency, Inc.; Transworld Systems Inc.; Worldwide Recovery Specialists Inc,<br><br>        Defendants. | Civil File No. 13-cv-2839- JNE/FLN |

## DEFENDANT EQUABLE ASCENT FINANCIAL'S
## MOTION TO VACATE DEFAULT

COMES NOW Defendant Equable Ascent Financial ("EAF"), by and through its attorney, and hereby moves this Court, pursuant to Fed. R. Civ. P. 60(b), for an Order granting Defendant EAF relief from the default judgment entered against Defendant EAF on November 21, 2013 by vacating the judgment on the grounds that the judgment is void for lack of personal jurisdiction due to improper service of process. Said Motion is based upon the Memorandum, Exhibits, and all of the files, records, and proceedings herein.

Dated: December 4, 2013.

        HINSHAW & CULBERTSON LLP


By:   s/Michael T. Berger
       Michael T. Berger       Reg. No. 350679
       333 South Seventh Street, Suite 2000
       Minneapolis, MN 55402
       Telephone: 612-333-3434
       Fax: 612-334-8888
       mberger@hinshawlaw.com

       ATTORNEYS FOR DEFENDANT EQUABLE
       ASCENT FINANCIAL