# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Dale Montgomery            **CLERK'S ENTRY OF DEFAULT**

           Plaintiff(s)      Case Number:     13-CV-2839 JNE/FLN

v.

Pinnacle Credit Services, Worldwide Recovery, Stephens & Michaels Associates Inc., Royal Credit Union, Equable Ascent Financial, Verifacts Inc,Cavalry Portfolio Svcs, Dynamic Recovery Services, NCO Financial System, Inc, Law Office of Joel Cardis, LLC,North Shore Agency, Inc, Transworld Systems Inc., Worldwide Recovery Specialists Inc.

           Defendant(s)

It appearing that defendant(s) Worldwide Recovery Specialists Inc. are in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

     **DEFAULT IS HEREBY ENTERED** against Worldwide Recovery Specialists Inc.

this 5th day of December 2013.

                               RICHARD D. SLETTEN, CLERK

                               s/Lori Sampson

                (By)     Lori Sampson       Deputy Clerk