# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dale Montgomery, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| Pinnacle Credit Services, Worldwide Recovery, Stephens & Michaels Associates Inc., Royal Credit Union, Equable Ascent Financial, Verifacts Inc, Cavalry Portfolio Svcs, Dynamic Recovery Services, NCO Financial System, Inc, Law Office of Joel Cardis, LLC, North Shore Agency, Inc, Transworld Systems Inc., Worldwide Recovery Specialists Inc., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 13-cv-02839-<br>JNE/FLN |
| Defendants. | |

**MOTION FOR RELIEF FROM JUDGMENT**

COMES NOW the Defendant Pinnacle Credit Services, LLC ("PCS"), by and through its attorney, and hereby moves this Court, pursuant to **Fed. R. Civ. Pro. 60(b),** for an Order granting Defendant relief from the default judgment entered against Defendant on November 21, 2013 by vacating the judgment on the grounds that the judgment is void for lack of personal jurisdiction due to improper service of process. Said Motion is based upon the attached Memorandum, Exhibits, and all of the files, records, and proceedings herein.

1

**SEILERSCHINDEL, PLLC**

Dated: December 6, 2013 /s Kyle D. Moen
Kyle D. Moen, #390945
Scott J. Seiler, #240874
Tina N. Vincelli, #392501
Attorneys for Defendant PCS
7900 Highway 7, Suite 350
Minneapolis, Minnesota 55426
Telephone: 952-563-6750
Facsimile: 952-358-7404
e-mail: kmoen@seilerschindel.com