IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dale Montgomery<br><br>        Plaintiff,<br><br>v.<br><br>Pinnacle Credit Services, LLC; Worldwide Recovery; Stephens & Michaels Associates Inc.; Royal Credit Union; Equable Ascent Financial; Verifacts Inc.; Cavalry Portfolio Svcs; Dynamic Recovery Services; NCO Financial System, Inc.; Law Office of Joel Cardis, LLC; North Shore Agency, Inc.; Transworld Systems Inc.; Worldwide Recovery Specialists Inc,<br><br>        Defendants. | Civil File No. 13-cv-2839- JNE/FLN |

## DEFENDANT EQUABLE ASCENT FINANCIAL'S AMENDED NOTICE OF HEARING ON MOTION TO VACATE DEFAULT

PLEASE TAKE NOTICE that, on January 17, 2014, at 9:30 a.m., before Magistrate Judge Franklin L. Noel, Courtroom 12W, United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55145, or as soon thereafter as counsel may be heard, Defendant Equable Ascent Financial ("EAF"), by and through its attorney, will, pursuant to Fed. R. Civ. P. 60(b), move the Court for an Order granting Defendant EAF relief from the default judgment (Doc. 31) entered on November 21, 2013.

Dated: December 6, 2013.

        HINSHAW & CULBERTSON LLP


        By:   s/Michael T. Berger
             Michael T. Berger    Reg. No. 350679
             333 South Seventh Street, Suite 2000
             Minneapolis, MN 55402
             Telephone: 612-333-3434
             Fax: 612-334-8888
             mberger@hinshawlaw.com

             ATTORNEYS FOR DEFENDANT EQUABLE
             ASCENT FINANCIAL