UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.:

_____

DALE MONTGOMERY

    Plaintiff,

V.

Pinnacle Credit Services et al

**COMPLAINT**

**WITH JURY TRIAL**

**DEMAND**

**MOTION FOR ENTRY OF DEFAULT JUDGEMENT**

TO THE HONORABLE JUDGE OF THIS COURT.   13-CV-2839-JNE-FLN

The plaintiff Dale Montgomery, comes before this court with this Motion for enlargement of time of 2 weeks to answer defendants motion for Relief from Judgment by Stephens & Michaels Associates Inc, Equable Ascent Financial & Pinnacle Credit Services.

Respectfully Submitted

Dale Montgomery

12131 Paris Ave N

Stillwater, MN 55082

November 21, 2013

*[signature: Dale Montgomery]*



SCANNED
DEC 2.0 2013
U.S. DISTRICT COURT ST. PAUL