# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL PRETRIAL CONFERENCE - CHAMBERS 9W - Minneapolis

### COURT MINUTES

Dale Montgomery,

        Plaintiff,

v.

Pinnacle Credit Services, et al,

        Defendant.

Case Number: 13-CV-2839 JNE/FLN

| | |
|---|---|
| Date: | April 21, 2014 |
| Court Reporter: | n/a |
| Time Commenced: | 9:20 a.m. |
| Time Concluded: | 9:35 a.m. |
| Time in Court: | 15 Minutes |

**Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.**

APPEARANCES:

  For Plaintiff:    Dale Montgomery

  For Defendant:    Kyle Moen for Pinnacle Credit Services and Stephens & Michaels Associates, Inc.;
                       Thomas Schaefer for NCO Financial Systems, Inc.
                       John Olchefske for Worldwide Recovery Specialist, Inc.

A. DESCRIPTION OF THE CASE

   1. Nature of the case:    FCRA claims

   2. Legal and factual issues:

     a) Liability:

     b) Damages:

B. <u>THE PLEADINGS</u>

1. All filed?   <u>   No; some defendants are moving to dismiss   </u>

    a. Anticipated amendments?   <u>   Maybe   </u>

    b. Additional parties?   <u>   Maybe   </u>

2. Jury demand:

    a. yes ☒   no ☐

    b. Any issue with respect to jury demand?   <u>            </u>

3. Amend Pleadings:

    a. Add parties/claims/defenses   <u>            </u>

    b. Punitive damages motion   <u>            </u>

C. <u>DISCOVERY</u>

1. Limitations on Discovery:

    a) Interrogatories <u>   25   </u>
    b) Depositions <u>        10        </u>
    c) Requests for Admission <u>   25   </u>
    d) Document Requests <u>   25   </u>
    e) Rule 35 Medical Exam <u>        </u>
    f) Other <u>                                                                </u>

2. Pre-Discovery Disclosures   <u>   6/1/14   </u>

3. Discovery cut-off   <u>   11/1/14   </u>

4. Other deadlines <u>                                                                </u>

5. Experts:   YES ☒   NO ☐

    a. Identity   <u>            </u>
       Initial   <u>   11/1/14   </u>   Rebuttal <u>12/12/14   </u>

    b. Substance of Testimony   <u>            </u>
       Initial   <u>   12/1/14   </u>   Rebuttal <u>1/7/15   </u>

    c. Depositions; Number   <u>   2   </u>  ; Date   <u>   3/1/15   </u>

D. <u>MOTIONS</u>

    1. Non-dispositive     3/1/15

    2. Dispositive            5/1/15

E. <u>TRIAL READINESS</u>

    a. Estimated Trial Time:     3-5 days

    b. Trial Ready Date:          9/1/15


                  *s/Franklin L. Noel*
                  U. S. Magistrate Judge