UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dale Montgomery,

    Plaintiff,

v.                                                         Civil No. 13-2839 (JNE/FLN)
                                                        ORDER

Pinnacle Credit Services, Worldwide
Recovery Specialists Inc., Stephens &
Michaels Associates Inc., Royal Credit
Union, Equable Ascent Financial LLC,
Verifacts Inc, Cavalry Portfolio Svcs,
Dynamic Recovery Services, NCO Financial
System Inc, Law Office of Joel Cardis, LLC,
North Shore Agency, Inc, and Transworld
Systems Inc.,

    Defendants.

Based on notices and stipulations, the Court dismissed this action with prejudice as to all defendants but Dynamic Recovery Services. On June 16, 2014, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that Plaintiff's motion for entry of default judgment as to Dynamic Recovery Services be denied, that the entry of default as to Dynamic Recovery Services be set aside, and that Plaintiff be allowed 20 days from the date of the Report and Recommendation to complete proper service on Dynamic Recovery Services. No objection to the Report and Recommendation has been filed. The Court accepts the recommendations. Because Plaintiff has not served Dynamic Recovery Services, the Court dismisses the action without prejudice as to Dynamic Recovery Services. *See* Fed. R. Civ. P. 4(m).

2

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Plaintiff's motion for entry of default judgment as to Dynamic Recovery Services [Docket No. 32] is DENIED.

2. As to Dynamic Recovery Services, the entry of default [Docket No. 31] is SET ASIDE.

3. As to Dynamic Recovery Services, the action is DISMISSED WITHOUT PREJUDICE.  The action is otherwise DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 28, 2014

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge